**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: )<br>)<br>BCE WEST, L.P., et al., )<br>) No. CIV 05-2693-PHX RCB<br>Debtors, )<br>_____) O R D E R<br>Gerald K. Smith, as Plan )<br>Trustee, et al., )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>ACE Insurance Company, Ltd., )<br>et al., )<br>)<br>Defendants. )<br>_____) | |

On July 26, 2005, Defendants filed a motion to withdraw the reference to the Bankruptcy Court in an adversary proceeding filed by Plaintiffs Gerald K. Smith, et al. (the "Plan Trustee"). Mot. (doc. 1); Bankruptcy Case No. B98-12547-ECF-CGC through 98-12570-ECF-CGC (Adversary No. 2:05-ap-00299-CGC). Thereafter, on August 31, 2006, Defendants filed a motion requesting this Court to transfer this action, thus the motion to withdraw the reference, to

1 | Judge Teilborg and consolidate it with CV-06-325-PHX-JAT.  Mot. to
2 | Trans. (doc. 11).  However, on September 1, 2006, the Court ruled
3 | on Defendants' motion to withdraw the reference to the Bankruptcy
4 | Court, denying such request.  Order (doc. 12).
5 |     Therefore,
6 |     IT IS ORDERED that Defendants' motion to transfer (doc. 11) is
7 | DENIED as moot.
8 |     DATED this 6th day of September, 2006.

Robert C. Broomfield
Senior United States District Judge

14 | Copies to counsel of record